UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DWANE BROWN,<br><br>　　Petitioner,<br><br>　　v.<br><br>DAVID LANOIE, Superintendent of Franklin County House of Corrections, and CHRISTOPHER DONELAN, Sheriff of Franklin County,<br><br>　　Respondents. | Civil Action No. 13-cv-13211-IT |

## ORDER

January 15, 2015

TALWANI, D.J.

The parties in this case shall submit a joint statement by January 23, 2015, addressing whether any outstanding issues exist in this matter and whether the court should issue final judgment consistent with its corrected memorandum and order dated January 15, 2015.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　/s/ Indira Talwani
　　　　　　　　　　　　　　　　　　　　　　United States District Judge