UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DWANE BROWN,<br><br>Petitioner,<br><br>v.<br><br>DAVID LANOIE, Superintendent of Franklin County House of Corrections, and CHRISTOPHER DONELAN, Sheriff of Franklin County,<br><br>Respondents. | Civil Action No. 13-cv-13211-IT |

Final Judgment

April 27, 2015

TALWANI, D.J.

On August 4, 2014, the court entered a Memorandum and Order denying Respondents' Motion to Dismiss and ordering the government to provide Petitioner an individualized bond hearing. (Doc. 33). On August 20, 2014, a bond hearing was held before the Hartford Immigration Court and Petitioner was granted bond in the amount of $20,000. On or around October 17, 2014, the bond was paid and Mr. Brown was released from custody. As a result, no outstanding issues exist before this court and there is no just reason for delay of the entry of final judgment.

Wherefore, the court orders that judgment be entered for Petitioner on the Petition for Writ of Habeas Corpus.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge